**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COLLINS, VELLA & CASELLO, LLC**
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Joseph M. Casello, Esq.
Attorneys for the Debtors

Order Filed on January 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Scott & Allison Werner

        Debtors

Chapter 13 Case No.: 16-22692

Hearing Date:

Judge: Hon. Michael B. Kaplan, U.S.B.J.

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

DATED: **January 9, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Scott & Allison Werner
Case No:  16-22692
Caption of Order:  Order Approving Loan Modification

---

This matter having been opened to the Court upon the motion by the Debtor to Approve a

Loan Modification with M&T Bank and the Court having reviewed the certification of the

Debtor in support of his motion and finding good cause for the entry of the within order.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     Debtor is granted approval to enter into a permanent loan modification.

2.     If pre-petition arrears are capitalized into the loan modification, secured creditor

shall amend its Proof of Claim within sixty (60) days of the date of this Order.  Upon receipt of

an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this

order to other creditors in accordance with the provisions of the confirmed plan.

3.     Debtors shall file an amended Schedule J and Modified Plan if applicable within

thirty (30) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 16-22692-MBK
Scott C. Werner                                                                  Chapter 13
Allison W. Werner
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Jan 10, 2017
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db/jdb          +Scott C. Werner,   Allison W. Werner,   403 Union Avenue,   Lakehurst, NJ 08733-2843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph  Casello   on behalf of Joint Debtor Allison W. Werner jcasello@cvclaw.net,
           jcasello627@gmail.com
          Joseph  Casello   on behalf of Debtor Scott C. Werner jcasello@cvclaw.net,   jcasello627@gmail.com
                                                                                          TOTAL: 5