Last revised 8/1/15

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Scott and Allison Werner

Case No.: __16-22692__

Judge: __Kaplan__

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original ☒ Modified/Notice Required ☒ Discharge Sought

☐ Motions Included ☐ Modified/No Notice Required ☐ No Discharge Sought

Date: __January 10, 2017__

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

**Part 1: Payment and Length of Plan**

a. The debtor shall pay $ __350__ per __Month__ to the Chapter 13 Trustee, starting on __July 5, 2016__ for approximately __36__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 403 Union Avenue Lakehurst New Jersey
Proposed date for completion: _____January 2017_____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:
Trial Loan modification in place. Motion to approve loan modification will be made when final loan modification is obtained.

### Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Collins, Vella & Casello,LLC | Attorney fees | $3,000 |

### Part 4: Secured Claims

a. Curing Default and Maintaining Payments
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M & T Bank | Second Mortgage | $ 1,334.51 | | $1,334.51 | $125.45 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| NONE | | | |

3

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
Wells Fargo- Auto Loan
Comcast NBC Universal- 401 (K) Loan

**e. Secured Claims to be Paid in Full Through the Plan:**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| NONE | | |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| NONE | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| Hyundai Finance | Auto lease | Assumed and paid outside of plan |

4

### Part 7: Motions

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| NONE | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| NONE | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| NONE | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**
- ☒ Upon confirmation
- ☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____ June 30, 2016 _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Debtors have obtained a trial loan modification. | The plan is being modified to remove payment of the first mortgage arrears as the Debtors have obtained a loan modification. This will increase the dividend to unsecured creditors and will shorten the duration of the plan to 36 months. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

6

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 1/12/17

_____
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: _____

_____
Debtor

Date: _____

_____
Joint Debtor

7

United States Bankruptcy Court
District of New Jersey

In re:  
Scott C. Werner  
Allison W. Werner  
    Debtors

Case No. 16-22692-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Jan 13, 2017 |
| | Form ID: pdf901 | Total Noticed: 54 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
```
db/jdb         +Scott C. Werner,    Allison W. Werner,    403 Union Avenue,    Lakehurst, NJ 08733-2843
516266151      #+ABC Receivables Management,    19 Main Street,    Asbury Park, NJ 07712-7012
516266152      +American Express,    Bankruptcy Department,    P.O. Box 981540,    El Paso, TX 79998-1540
516266153      +Amex Department Stores- Macys,    P.O. Box 8218,    Mason, OH 45040-8218
516266154       Apogee Medical Group,    PO Box 708640,    Sandy, UT 84070-8640
516408088       CACH, LLC,    PO BOX 5980,    DENVER, CO 80217-5980
516266160      +CBT Team,    PO Box 900,    Millsboro, DE 19966-0900
516316035       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516418696       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516266159      +Capitol One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516266161      +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
516266162      +Comcast NBC Universal,    c/o Fidelity Investments Institutional,    82 Devonshire Street,
                 Boston, MA 02109-3605
516266166       Credit Control, LLC,    P.O. Box 546,    Hazelwood, MO 63042-0546
516470213       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516266167      #+Federated Law Group,    13205 US Hwy 1 # 555,    Juno Beach, FL 33408-2253
516266168      +Fenton & McGarvey P.S.C.,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
516266169       HSBC Bank/ Cach LLC,    P.O. Box 5980,    Denver, CO 80127
516266173      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
516266174      +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
516266176      +M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
516266178      +Macys,    P.O. Box 8218,    Mason, OH 45040-8218
516266179       Medical Business Bureau,    P.O. Box 1219,    Park Ridge, IL 60068-7219
516266180       Medical Radiology Group,    P.O. Box 11268,    Lancaster, PA 17605-1268
516266181       New Jersey Health Care,    Dept 10005,    P.O. Box 419378,    Boston, MA 02241-9378
516266182      +Northland Group,    P.O. Box 390905,    Minneapolis, MN 55439-0905
516266183       Ocean County Family Care,    2125 NJ-88,    Brick, NJ 08724
516266184       Ocean Pulmonary Associates, PA,    3 Plaza Drive,    Suite 2,    Toms River, NJ 08757-3764
516266187      +Qualia Collection Services,    P.O. Box 4699,    Petaluma, CA 94955-4699
516266189       Savit Collection Agency,    PO Box 250,    East Brunswick, NJ 08816-0250
516266191       Southern Ocean Medical Group,    P.O. Box 416289,    Boston, MA 02241-6289
516266194      +US Bank National Association,    Portfolio Recovery Associates,    120 Corporate Blvd.,
                 Norfolk, VA 23502-4952
516318313       Wells Fargo Bank N.A.,,    d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
516266195       Wells Fargo Dealer Services,    ATTN: Correspondence MACT9017-026,    PO Box 168048,
                 Irving, TX 75016-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2017 23:39:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2017 23:39:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516266155       E-mail/Text: bnc-applied@quantum3group.com Jan 13 2017 23:39:44      Applied Bank,
                 4700 Exchange Court,    Boca Raton, FL 33431-0966
516418006       E-mail/Text: billing@assa-nj.com Jan 13 2017 23:39:44      Atlantic Shore Surgical Associates,
                 478 Brick Blvd,    Brick, NJ 08723-6077
516266156      +E-mail/Text: ebn@barnabashealth.org Jan 13 2017 23:39:50      Barnabas Health,    P.O. Box 903,
                 Oceanport, NJ 07757-0903
516266157       E-mail/Text: cms-bk@cms-collect.com Jan 13 2017 23:38:57      Capital Management Services,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516266165      +E-mail/Text: ebn@barnabashealth.org Jan 13 2017 23:39:50      Community Medical Center,
                 99 Route 37 West,    Toms River, NJ 08755-6423
516266163       E-mail/Text: ebn@barnabashealth.org Jan 13 2017 23:39:50      Community Medical Center,
                 P.O. Box 29969,    New York, NY 10087-9969
516266170       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 13 2017 23:40:15       Hyundai Finance,
                 P.O. Box 660891,    Dallas, TX 75266-0891
516487963      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 13 2017 23:40:15
                 Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
516266171       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 13 2017 23:40:15
                 Hyundai Motor Finance,    P.O. Box 660891,    Dallas, TX 75266-0891
516266172      +E-mail/Text: bankruptcy@icsystem.com Jan 13 2017 23:40:00      IC Systems,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
516266175      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 13 2017 23:38:35       Kohl's,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
516266177       E-mail/Text: camanagement@mtb.com Jan 13 2017 23:38:58      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
516308604       E-mail/Text: camanagement@mtb.com Jan 13 2017 23:38:58      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516266185       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 23:59:02
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
```

```
District/off: 0312-3          User: admin             Page 2 of 2            Date Rcvd: Jan 13, 2017
                              Form ID: pdf901         Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516474770        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 23:46:11
                  Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
516492272        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 23:53:26
                  Portfolio Recovery Associates, LLC,    c/o U.s.Bank National Association Nd,    POB 41067,
                  Norfolk VA 23541
516311667        E-mail/Text: bnc-quantum@quantum3group.com Jan 13 2017 23:39:04
                  Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
516266190        E-mail/Text: bankruptcy@senexco.com Jan 13 2017 23:38:24      Senex Services Corp,
                  3333 Founders Road,    2nd Floor,    Indianapolis, IN 46268-4933
516266189        E-mail/Text: bankruptcy@savit.com Jan 13 2017 23:40:24      Savit Collection Agency,
                  PO Box 250,    East Brunswick, NJ 08816-0250
516266192        E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2017 23:35:37      Synchrony Bank,
                  Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516266158*        Capital Management Services,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516266164*        Community Medical Center,    P.O. Box 29969,    New York, NY 10087-9969
516266186*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,
                  Norfolk, VA 23502)
516266188*       +Qualia Collection Services,    P.O. Box 4699,    Petaluma, CA 94955-4699
516266193     ##+Toms River Anesthia,    409 Main Street  #2,    Toms River, NJ 08753-7418
                                                                                             TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph   Casello    on behalf of Joint Debtor Allison W. Werner jcasello@cvclaw.net,
           jcasello627@gmail.com
          Joseph   Casello    on behalf of Debtor Scott C. Werner jcasello@cvclaw.net,   jcasello627@gmail.com
                                                                                             TOTAL: 5
```