Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−22692−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott C. Werner
403 Union Avenue
Lakehurst, NJ 08733

Allison W. Werner
403 Union Avenue
Lakehurst, NJ 08733

Social Security No.:
   xxx−xx−3792

xxx−xx−6014

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 6, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 6, 2017
JAN: kmf

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                       Case No. 16-22692-MBK
Scott C. Werner                                                              Chapter 13
Allison W. Werner
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2               Date Rcvd: Oct 06, 2017
                             Form ID: 148               Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db           #+Scott C. Werner,    403 Union Avenue,    Lakehurst, NJ 08733-2843
jdb           +Allison W. Werner,    403 Union Avenue,    Lakehurst, NJ 08733-2843
516266151    #+ABC Receivables Management,    19 Main Street,    Asbury Park, NJ 07712-7012
516266153     +Amex Department Stores- Macys,    P.O. Box 8218,    Mason, OH 45040-8218
516266154      Apogee Medical Group,    PO Box 708640,   Sandy, UT 84070-8640
516408088      CACH, LLC,   PO Box 10587,    Greenville, SC 29603-0587
516266160     +CBT Team,   PO Box 900,    Millsboro, DE 19966-0900
516266162     +Comcast NBC Universal,    c/o Fidelity Investments Institutional,    82 Devonshire Street,
               Boston, MA 02109-3605
516266166      Credit Control, LLC,    P.O. Box 546,   Hazelwood, MO 63042-0546
516470213      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
516266167    #+Federated Law Group,    13205 US Hwy 1 # 555,    Juno Beach, FL 33408-2253
516266168     +Fenton & McGarvey P.S.C.,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
516266169      HSBC Bank/ Cach LLC,    P.O. Box 5980,   Denver, CO 80127
516266173     +KML Law Group,    701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541
516266174     +KML Law Group, P.C.,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
516266176     +M&T Bank,   PO Box 619063,    Dallas, TX 75261-9063
516266179      Medical Business Bureau,    P.O. Box 1219,   Park Ridge, IL 60068-7219
516266180      Medical Radiology Group,    P.O. Box 11268,   Lancaster, PA 17605-1268
516266181      New Jersey Health Care,    Dept 10005,   P.O. Box 419378,    Boston, MA 02241-9378
516266182     +Northland Group,    P.O. Box 390905,   Minneapolis, MN 55439-0905
516266183      Ocean County Family Care,    2125 NJ-88,   Brick, NJ 08724
516266184      Ocean Pulmonary Associates, PA,    3 Plaza Drive,    Suite 2,   Toms River, NJ 08757-3764
516266187     +Qualia Collection Services,    P.O. Box 4699,    Petaluma, CA 94955-4699
516266191      Southern Ocean Medical Group,    P.O. Box 416289,    Boston, MA 02241-6289
516266193      Toms River Anesthia,    POB 5190,   Toms River, NJ 08754-5190
516266194     +US Bank National Association,    Portfolio Recovery Associates,    120 Corporate Blvd.,
               Norfolk, VA 23502-4952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2017 22:10:54     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2017 22:10:53     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516266155     EDI: APPLIEDBANK.COM Oct 06 2017 22:08:00     Applied Bank,   4700 Exchange Court,
               Boca Raton, FL 33431-0966
516266152    +EDI: AMEREXPR.COM Oct 06 2017 22:08:00      American Express,   Bankruptcy Department,
               P.O. Box 981540,   El Paso, TX 79998-1540
516418006     E-mail/Text: billing@assa-nj.com Oct 06 2017 22:11:05     Atlantic Shore Surgical Associates,
               478 Brick Blvd,    Brick, NJ 08723-6077
516266156    +E-mail/Text: ebn@barnabashealth.org Oct 06 2017 22:11:07     Barnabas Health,   P.O. Box 903,
               Oceanport, NJ 07757-0903
516266157     E-mail/Text: cms-bk@cms-collect.com Oct 06 2017 22:10:50     Capital Management Services,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516316035     EDI: CAPITALONE.COM Oct 06 2017 22:08:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
516418696     EDI: BL-BECKET.COM Oct 06 2017 22:08:00     Capital One NA,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
516266159    +EDI: CAPITALONE.COM Oct 06 2017 22:08:00      Capitol One,   P.O. Box 30281,
               Salt Lake City, UT 84130-0281
516266161    +EDI: CHASE.COM Oct 06 2017 22:08:00     Chase Card Services,    P.O. Box 15298,
               Wilmington, DE 19850-5298
516266165    +E-mail/Text: ebn@barnabashealth.org Oct 06 2017 22:11:07     Community Medical Center,
               99 Route 37 West,    Toms River, NJ 08755-6423
516266163     E-mail/Text: ebn@barnabashealth.org Oct 06 2017 22:11:07     Community Medical Center,
               P.O. Box 29969,   New York, NY 10087-9969
516266170     EDI: HYI1.COM Oct 06 2017 22:08:00     Hyundai Finance,   P.O. Box 660891,
               Dallas, TX 75266-0891
516487963    +EDI: HYI1.COM Oct 06 2017 22:08:00     Hyundai Lease Titling Trust,    PO Box 20809,
               Fountain Valley, CA 92728-0809
516266171     EDI: HYI1.COM Oct 06 2017 22:08:00     Hyundai Motor Finance,    P.O. Box 660891,
               Dallas, TX 75266-0891
516266172    +EDI: IIC9.COM Oct 06 2017 22:08:00     IC Systems,   P.O. Box 64378,
               Saint Paul, MN 55164-0378
516266175    +EDI: CBSKOHLS.COM Oct 06 2017 22:08:00      Kohl's,   P.O. Box 3115,   Milwaukee, WI 53201-3115
516266177     E-mail/Text: camanagement@mtb.com Oct 06 2017 22:10:50     M&T Bank,   P.O. Box 1288,
               Buffalo, NY 14240-1288
516308604     E-mail/Text: camanagement@mtb.com Oct 06 2017 22:10:50     M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
516266178    +EDI: TSYS2.COM Oct 06 2017 22:08:00      Macys,   P.O. Box 8218,   Mason, OH 45040-8218
516266185     EDI: PRA.COM Oct 06 2017 22:08:00     Portfolio Recovery Associates, LLC,
               120 Corporate Boulevard,    Norfolk, VA 23502
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Oct 06, 2017
                              Form ID: 148               Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516474770      EDI: PRA.COM Oct 06 2017 22:08:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
               POB 41067,    Norfolk VA 23541
516492272      EDI: PRA.COM Oct 06 2017 22:08:00      Portfolio Recovery Associates, LLC,
               c/o U.s.Bank National Association Nd,    POB 41067,    Norfolk VA 23541
516311667      EDI: Q3G.COM Oct 06 2017 22:08:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
516266190      E-mail/Text: bankruptcy@senexco.com Oct 06 2017 22:10:43      Senex Services Corp,
               3333 Founders Road,    2nd Floor,    Indianapolis, IN 46268-4933
516266189      E-mail/Text: bankruptcy@savit.com Oct 06 2017 22:11:13      Savit Collection Agency,
               PO Box 250,    East Brunswick, NJ 08816-0250
516266192      EDI: RMSC.COM Oct 06 2017 22:08:00      Synchrony Bank,    Attn: Bankruptcy Department,
               P.O. Box 965060,    Orlando, FL 32896-5060
516318313      EDI: WFFC.COM Oct 06 2017 22:08:00      Wells Fargo Bank N.A.,,
               d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine, CA 92623-9657
516266195      EDI: WFFC.COM Oct 06 2017 22:08:00      Wells Fargo Dealer Services,
               ATTN: Correspondence MACT9017-026,    PO Box 168048,    Irving, TX 75016-8048
                                                                                             TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516266158*        Capital Management Services,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516266164*        Community Medical Center,    P.O. Box 29969,    New York, NY 10087-9969
516266186*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     120 Corporate Boulevard,
                   Norfolk, VA 23502)
516266188*       +Qualia Collection Services,    P.O. Box 4699,    Petaluma, CA 94955-4699
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    M&T Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph  Casello    on behalf of Joint Debtor Allison W. Werner jcasello@cvclaw.net,
               jcasello627@gmail.com
              Joseph  Casello    on behalf of Debtor Scott C. Werner jcasello@cvclaw.net,  jcasello627@gmail.com
                                                                                             TOTAL: 6
```